| | |
|---|---|
| Case No: 16-80191   TRC   Judge: Tom R. Cornish | Trustee Name: Gerald R. Miller |
| Case Name: GAMBLE AND GAMBLE CATTLE COMPANY | Date Filed (f) or Converted (c): 06/02/16 (c) |
| | 341(a) Meeting Date: 07/20/16 |
| For Period Ending: 06/30/19 | Claims Bar Date: 10/13/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account, First National Bank    Bank offset these funds for their claim. | 132,088.00 | 132,088.00 | | 67,323.83 | FA |
| 2. Crop insurance check | 40,600.00 | 40,600.00 | | 40,687.00 | FA |
| 3. Crops, either planted or harvested (Hay) | 12,000.00 | 0.00 | | 0.00 | FA |
| 4. 1100 acres wheat | Unknown | 0.00 | | 48,883.52 | FA |
| 5. Farm animals - 38 cows w/baby calves | 24,700.00 | 0.00 | | 0.00 | FA |
| 6. 180 cows/calf pairs, 9 bulls, 20 cows | 169,750.00 | 0.00 | | 177,617.25 | FA |
| 7. Farm machinery and equipment | 489,300.00 | 0.00 | | 387,922.33 | FA |
| 8. Judgment for Costs Adv. 17-8005 (u) | 350.00 | 350.00 | | 350.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1,742.50 | FA |
| TOTALS (Excluding Unknown Values) | $868,788.00 | $173,038.00 | | $724,526.43 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/12/19: Hearing on objection to Claim No. 4 (Pinnacle Agriculture) Resolved; agreed order submitted.

5/29/19: Final fiduciary tax returns filed.

2/25/19: Fiduciary tax returns for Y/E 12/31/18 filed.

7/18/18: Non-exempt real property in Othel Gamble case to be sold. Claims in the 3 Gamble cases overlap, and distribution may be contingent upon the other cases.

3/6/18: Fiduciary tax returns for Y/E 12/31/17 filed.

7/24/17: Debtor and First National Bank of Ft. Smith, a major creditor, are in settlement negotiations which may resolve the bank's claims in these 3 cases (Gamble & Gamble Cattle, Othel Gamble, and Michael Gamble). Other claims

| | | | |
|---|---|---|---|
| Case No: | 16-80191 TRC Judge: Tom R. Cornish | Trustee Name: | Gerald R. Miller |
| Case Name: | GAMBLE AND GAMBLE CATTLE COMPANY | Date Filed (f) or Converted (c): | 06/02/16 (c) |
| | | 341(a) Meeting Date: | 07/20/16 |
| | | Claims Bar Date: | 10/13/16 |

issues may need to be resolved as well.

7/18/17: Amended returns for Y/E 2016 prepared. Application for accountant fees filed

3/13/17: Tax returns for Y/E 2016 filed

2/24/17: Adv. v. Pinnacle Agriculture filed (Case No. 17-8005) seeking recovery of preference. Judgment for plaintiff (estate) granted 4/3/17

9/16/16: Equipment Auction held

7/21/16: Auction of cattle is scheduled for 8/9/16. Auction of farm equipment has not yet been scheduled. Bank may offset funds in bank account for their debt, and has refused trustee's demand to turn over the funds in bank account.

7/19/16: 2004 examination of debtor conducted


Initial Projected Date of Final Report (TFR): 08/31/17    Current Projected Date of Final Report (TFR): 08/31/19

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| | |
|---|---|
| Case No: | 16-80191 -TRC |
| Case Name: | GAMBLE AND GAMBLE CATTLE COMPANY |
| Taxpayer ID No: | *******2342 |
| For Period Ending: | 06/30/19 |

| | |
|---|---|
| Trustee Name: | Gerald R. Miller |
| Bank Name: | BOK Financial |
| Account Number / CD #: | *******3529 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 225,000.00 |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/19/16 | 2 | CGB Diversified Services, Inc. | Crop insurance proceeds | 1129-000 | 40,687.00 | | 40,687.00 |
| 07/29/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 18.57 | 40,668.43 |
| 08/15/16 | 6 | Dakil Auctioneers, Inc. | Cattle auction proceeds | 1129-000 | 166,432.50 | | 207,100.93 |
| 08/24/16 | 7 | Margaret Gamble Trust | Sale proceeds irrigation equipment | 1129-000 | 20,000.00 | | 227,100.93 |
| 08/31/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 183.76 | 226,917.17 |
| 09/02/16 | 7 | Doris Sharp Perry | Sale proceeds irrigation equipment | 1129-000 | 10,000.00 | | 236,917.17 |
| 09/02/16 | 7 | Carl and Sue Werschky | Sale proceeds irrigation equipment | 1129-000 | 30,000.00 | | 266,917.17 |
| 09/13/16 | 003001 | Dakil Auctioneers, Inc.<br>200 N.W. 114th Street<br>Oklahoma City, OK 73114 | Auction fee and expenses per order<br>9/13/16 (cattle sale) | | | 19,769.77 | 247,147.40 |
| | | | Fees 16,643.25 | 3610-000 | | | |
| | | | Expenses 3,126.52 | 3620-000 | | | |
| 09/19/16 | 6 | Dakil Auctioneers, Inc. | Sale proceeds - cattle | 1129-000 | 11,184.75 | | 258,332.15 |
| 09/30/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 372.50 | 257,959.65 |
| 10/13/16 | 7 | Dakil Auctioneer, Inc. | Auction proceeds - farm equipment | 1129-000 | 313,750.00 | | 571,709.65 |
| 10/14/16 | 003002 | Dakil Auctioneers, Inc.<br>200 N.W. 114th Street<br>Oklahoma City, OK 73114 | Auctioneer commission on sale of<br>irrigation equipment per order 9/30/16 | 3610-000 | | 4,000.00 | 567,709.65 |
| 10/14/16 | 003003 | Othel H. Gamble, Sr. Trust | Return purchase funds per order<br>9/30/16 | 1129-000 | | 20,000.00 | 547,709.65 |
| 10/17/16 | 4 | CGB - Van Buren | Proceeds from wheat production | 1129-000 | 48,883.52 | | 596,593.17 |
| 10/17/16 | 003004 | Dakil Auctioneers, Inc.<br>200 N.W. 114th Street<br>Oklahoma City, OK 73114 | Auctioneer comm & exp order10/7/16<br>Second cattle sale | | | 1,264.46 | 595,328.71 |
| | | | Fees 1,118.47 | 3610-000 | | | |
| | | | Expenses 145.99 | 3620-000 | | | |
| 10/18/16 | 7 | Dakil Auctioneers, Inc. | Surplus proceeds from secured equip | 1129-000 | 14,172.33 | | 609,501.04 |
| 10/31/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 640.17 | 608,860.87 |
| | | | Page Subtotals | | 655,110.10 | 46,249.23 | |

LFORM24

Case 16-80191    Doc 206    Filed 07/18/19    Entered 07/18/19 11:12:46    Desc Main
Document    Page 3 of 12

Ver: 22.02

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-80191 -TRC | Trustee Name: | Gerald R. Miller |
|---|---|---|---|
| Case Name: | GAMBLE AND GAMBLE CATTLE COMPANY | Bank Name: | BOK Financial |
| | | Account Number / CD #: | *******3529 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2342 | | |
| For Period Ending: | 06/30/19 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 225,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/15/16 | 003005 | Lila Hull Revocable Living Trust<br>2502 Dexter Street<br>Arkoma, OK 74901 | Distribution of wheat proceeds<br>per order 11/4/16 | 8500-002 | | 7,027.00 | 601,833.87 |
| 11/15/16 | 003006 | Don Sebo<br>P.O. Box 126<br>Spiro, OK 74959 | Distribution from wheat proceeds<br>per order 11/4/16 | 8500-002 | | 22,006.58 | 579,827.29 |
| 11/15/16 | 003007 | RSW Holding, LLC<br>c/o Fox Wood, III<br>26998 Fox Wood Lane<br>Spiro, OK 74959 | Disbursement of wheat proceeds<br>per order 11/4/16 | 8500-002 | | 10,741.73 | 569,085.56 |
| 11/15/16 | 003008 | Dedmon Properties, LLC<br>904 Carman Drive<br>Spiro, OK 74959-2124 | Disbursement of wheat proceeds<br>per order 11/4/16 | 8500-002 | | 4,192.43 | 564,893.13 |
| 11/28/16 | 003009 | Dakil Auctioneers, Inc.<br>200 N.W. 114th Street<br>Oklahoma City, OK 73114 | Auctioneer fee and expenses per<br>order 12/14/16 (equipment auction)<br><br>Fees          500.00<br>Expenses   23,801.55 | <br><br><br>3610-000<br>3620-000 | | 24,301.55 | 540,591.58 |
| 11/30/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 864.57 | 539,727.01 |
| 12/07/16 | 003010 | International Sureties, Ltd<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Bond premium<br>Bond #016071811 | 2300-000 | | 1,100.00 | 538,627.01 |
| 12/19/16 | | Transfer to Acct #*******3716 | Bank Funds Transfer | 9999-000 | | 449,493.75 | 89,133.26 |
| 12/30/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 456.73 | 88,676.53 |
| 01/31/17 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 131.80 | 88,544.73 |
| 02/28/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 118.86 | 88,425.87 |
| 03/17/17 | | Transfer from Acct #*******3716 | Bank Funds Transfer | 9999-000 | 450,000.00 | | 538,425.87 |
| 03/20/17 | | Transfer to Acct #*******3892 | Bank Funds Transfer | 9999-000 | | 449,302.50 | 89,123.37 |
| 03/31/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 153.50 | 88,969.87 |

Page Subtotals        450,000.00        969,891.00

LFORM24          Ver: 22.02

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-80191 -TRC | Trustee Name: | Gerald R. Miller |
|---|---|---|---|
| Case Name: | GAMBLE AND GAMBLE CATTLE COMPANY | Bank Name: | BOK Financial |
| | | Account Number / CD #: | *******3529 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2342 | | |
| For Period Ending: | 06/30/19 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 225,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/14/17 | 003011 | Steve M. Rutherford, CPA, PC<br>5215 East 71st Street, Ste. 400<br>Tulsa, OK 74136 | Accountant fees per order 3/30/17 | 3410-000 | | 1,638.00 | 87,331.87 |
| 04/28/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 127.02 | 87,204.85 |
| 05/08/17 | 8 | Hall Estill Attorneys at Law | Judgment for costs Adv. 17-8005 | 1290-000 | 350.00 | | 87,554.85 |
| 05/10/17 | 003012 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Trustee bond premium #016018043 | 2300-000 | | 130.93 | 87,423.92 |
| 05/31/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 129.89 | 87,294.03 |
| 06/19/17 | | Transfer from Acct #*******3892 | Bank Funds Transfer | 9999-000 | 450,000.00 | | 537,294.03 |
| 06/22/17 | | Transfer to Acct #*******4068 | Bank Funds Transfer | 9999-000 | | 448,998.75 | 88,295.28 |
| 06/30/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 147.85 | 88,147.43 |
| 07/31/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 131.01 | 88,016.42 |
| 08/08/17 | | Transfer from Acct #*******4068 | Bank Funds Transfer | 9999-000 | 449,537.50 | | 537,553.92 |
| 08/08/17 | 003013 | Bankruptcy Estate of Michael G. Gamble<br>Case No. 16-80193 | Transfer of funds per order 8/7/17 | 2990-000 | | 155,896.00 | 381,657.92 |
| 08/08/17 | 003014 | Bankruptcy Estate of Othel H. Gamble Jr.<br>Case No. 16-80194 | Transfer of funds per order 8/7/17 | 2990-000 | | 156,009.00 | 225,648.92 |
| 08/08/17 | 003015 | Steve M. Rutherford, CPA, PC<br>5215 East 71st Street, Ste. 400<br>Tulsa, OK 74136 | Accountant fees per order 8/7/17 | 3410-000 | | 1,833.00 | 223,815.92 |
| 08/31/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 302.21 | 223,513.71 |
| 09/29/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 321.49 | 223,192.22 |
| 10/31/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 331.73 | 222,860.49 |
| 11/01/17 | 003016 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Trustee bond premium<br>Bond #016071811 | 2300-000 | | 377.00 | 222,483.49 |
| 11/30/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 320.11 | 222,163.38 |
| 12/29/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 330.20 | 221,833.18 |

Page Subtotals        899,887.50        767,024.19

Ver: 22.02

LFORM24

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-80191 -TRC | Trustee Name: | Gerald R. Miller |
|---|---|---|---|
| Case Name: | GAMBLE AND GAMBLE CATTLE COMPANY | Bank Name: | BOK Financial |
| | | Account Number / CD #: | *******3529  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2342 | | |
| For Period Ending: | 06/30/19 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 225,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/22/18 | 1 | First National Bank of Ft. Smith | Proceeds from bank account | 1129-000 | 67,323.83 | | 289,157.01 |
| 01/31/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 355.04 | 288,801.97 |
| 02/28/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 387.70 | 288,414.27 |
| 03/30/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 428.67 | 287,985.60 |
| 04/03/18 | 003017 | Steve M. Rutherford, CPA, PC | Accountant fees per order 3/22/18 | 3410-000 | | 1,248.00 | 286,737.60 |
| | | 5215 East 71st Street, Ste. 400 | | | | | |
| | | Tulsa, OK 74136 | | | | | |
| 04/19/18 | 003018 | United States Treasury | Form 943  Y/E 12/31/16  73-1062342 | 2810-000 | | 1,923.08 | 284,814.52 |
| | | Internal Revenue Service | | | | | |
| | | P.O. Box 37943 | | | | | |
| | | Hartford, CT 06176-7943 | | | | | |
| 04/30/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 411.99 | 284,402.53 |
| 05/31/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 422.70 | 283,979.83 |
| 06/29/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 408.46 | 283,571.37 |
| 07/02/18 | 003019 | United States Treasury | Penalties & interest Form 943 | 2810-000 | | 701.25 | 282,870.12 |
| | | Internal Revenue Service | Y/E 12/31/16 | | | | |
| | | Ogden, UT 84201-0039 | | | | | |
| 07/31/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 420.59 | 282,449.53 |
| 08/31/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 419.80 | 282,029.73 |
| 09/28/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 405.65 | 281,624.08 |
| 10/12/18 | 003020 | International Sureties, Ltd. | Trustee bond premium | 2300-000 | | 450.00 | 281,174.08 |
| | | 701 Poydras Street, Suite 420 | 11/29/18 - 11/29/19 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 10/31/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 418.25 | 280,755.83 |
| 11/30/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 403.82 | 280,352.01 |
| 12/31/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 416.68 | 279,935.33 |
| 01/31/19 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 416.06 | 279,519.27 |
| 02/28/19 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 375.24 | 279,144.03 |
| 03/29/19 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 414.89 | 278,729.14 |
| | | | | Page Subtotals | 67,323.83 | 10,427.87 | |

LFORM24

Ver: 22.02

| Case No: | 16-80191 -TRC | | Trustee Name: | Gerald R. Miller |
|---|---|---|---|---|
| Case Name: | GAMBLE AND GAMBLE CATTLE COMPANY | | Bank Name: | BOK Financial |
| | | | Account Number / CD #: | *******3529 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2342 | | | |
| For Period Ending: | 06/30/19 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 225,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/05/19 | 003021 | Steve M. Rutherford, CPA, PC<br>5215 East 71st Street, Ste. 400<br>Tulsa, OK 74136 | Accountant fees per order 3/22/19 | 3410-000 | | 643.50 | 278,085.64 |
| 04/29/19 | 003022 | GERALD MILLER<br>112 N. 7th Street<br>Muskogee, OK 74401 | Interim attorney fees and expenses | | | 10,952.11 | 267,133.53 |
| | | | Fees 9,700.00 | 3110-000 | | | |
| | | | Expenses 1,252.11 | 3120-000 | | | |
| 04/30/19 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 399.58 | 266,733.95 |
| 05/21/19 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 268.56 | 266,465.39 |
| 05/23/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 266,465.39 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,072,321.43 | 2,072,321.43 | 0.00 |
| Less: Bank Transfers/CD's | 1,349,537.50 | 1,614,260.39 | |
| Subtotal | 722,783.93 | 458,061.04 | |
| Less: Payments to Debtors | | 43,967.74 | |
| Net | 722,783.93 | 414,093.30 | |

Page Subtotals 0.00 278,729.14

LFORM24 Ver: 22.02

Case 16-80191 Doc 206 Filed 07/18/19 Entered 07/18/19 11:12:46 Desc Main Document Page 7 of 12

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

| Case No: | 16-80191 -TRC | Trustee Name: | Gerald R. Miller |
|---|---|---|---|
| Case Name: | GAMBLE AND GAMBLE CATTLE COMPANY | Bank Name: | BOK Financial |
| | | Account Number / CD #: | *******3716 Treasury Bill |
| Taxpayer ID No: | *******2342 | | |
| For Period Ending: | 06/30/19 | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $ 225,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/19/16 | | Transfer from Acct #*******3529 | Bank Funds Transfer | 9999-000 | 449,493.75 | | 449,493.75 |
| 03/17/17 | INT | BOK Financial | INTEREST EARNED AT MATURITY | 1270-000 | 506.25 | | 450,000.00 |
| 03/17/17 | | Transfer to Acct #*******3529 | Bank Funds Transfer | 9999-000 | | 450,000.00 | 0.00 |
| | | | COLUMN TOTALS | | 450,000.00 | 450,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 449,493.75 | 450,000.00 | |
| | | | Subtotal | | 506.25 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 506.25 | 0.00 | |

Page Subtotals     450,000.00     450,000.00

LFORM24

Ver: 22.02

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-80191 -TRC | | Trustee Name: | Gerald R. Miller |
|---|---|---|---|---|
| Case Name: | GAMBLE AND GAMBLE CATTLE COMPANY | | Bank Name: | BOK Financial |
| | | | Account Number / CD #: | *******3892 Treasury bill due 6/15/17 |
| Taxpayer ID No: | *******2342 | | | |
| | | | Blanket Bond (per case limit): | |
| For Period Ending: | 06/30/19 | | Separate Bond (if applicable): | $ 225,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | 0.00 |
| 03/20/17 | | Transfer from Acct #*******3529 | Bank Funds Transfer / 9999-000 | 449,302.50 | | 449,302.50 |
| 06/19/17 | INT | BOK Financial | INTEREST REC'D FROM BANK / 1270-000 | 697.50 | | 450,000.00 |
| 06/19/17 | | Transfer to Acct #*******3529 | Bank Funds Transfer / 9999-000 | | 450,000.00 | 0.00 |
| | | | COLUMN TOTALS | 450,000.00 | 450,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | 449,302.50 | 450,000.00 | |
| | | | Subtotal | 697.50 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 697.50 | 0.00 | |

| | | Page Subtotals | 450,000.00 | 450,000.00 |
|---|---|---|---|---|

Ver: 22.02

LFORM24

Case 16-80191   Doc 206   Filed 07/18/19   Entered 07/18/19 11:12:46   Desc Main Document      Page 9 of 12

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8

| Case No: | 16-80191 -TRC | | Trustee Name: | Gerald R. Miller |
| --- | --- | --- | --- | --- |
| Case Name: | GAMBLE AND GAMBLE CATTLE COMPANY | | Bank Name: | BOK Financial |
| | | | Account Number / CD #: | *******4068 Treasury Bill due 9/14/17 |
| Taxpayer ID No: | *******2342 | | | |
| For Period Ending: | 06/30/19 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 225,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/22/17 | | Transfer from Acct #*******3529 | Bank Funds Transfer | 9999-000 | 448,998.75 | | 448,998.75 |
| 08/08/17 | INT | BOK Financial | INTEREST REC'D FROM BANK | 1270-000 | 538.75 | | 449,537.50 |
| 08/08/17 | | Transfer to Acct #*******3529 | Bank Funds Transfer | 9999-000 | | 449,537.50 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 449,537.50 | 449,537.50 | 0.00
| Less: Bank Transfers/CD's | 448,998.75 | 449,537.50 |
| Subtotal | 538.75 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 538.75 | 0.00 |

Page Subtotals    449,537.50    449,537.50

LFORM24

Ver: 22.02

Case 16-80191 Doc 206 Filed 07/18/19 Entered 07/18/19 11:12:46 Desc Main Document Page 10 of 12

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-80191 -TRC | | Trustee Name: | Gerald R. Miller |
| --- | --- | --- | --- | --- |
| Case Name: | GAMBLE AND GAMBLE CATTLE COMPANY | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0022  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2342 | | | |
| For Period Ending: | 06/30/19 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $   225,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/23/19 | | Trsf In From BOK Financial | INITIAL WIRE TRANSFER IN | 9999-000 | 266,465.39 | | 266,465.39 |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 266,465.39 | 0.00 | 266,465.39 |
| Less:  Bank Transfers/CD's | 266,465.39 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals     266,465.39     0.00

| | |
|---|---|
| Case No: | 16-80191 -TRC |
| Case Name: | GAMBLE AND GAMBLE CATTLE COMPANY |
| Taxpayer ID No: | *******2342 |
| For Period Ending: | 06/30/19 |

| | |
|---|---|
| Trustee Name: | Gerald R. Miller |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0386  Treasury Bill due 9/14/17 |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $ 225,000.00 |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********3529 | 722,783.93 | 414,093.30 | 0.00 |
| Treasury Bill - ********3716 | 506.25 | 0.00 | 0.00 |
| Treasury bill due 6/15/17 - ********3892 | 697.50 | 0.00 | 0.00 |
| Treasury Bill due 9/14/17 - ********4068 | 538.75 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********0022 | 0.00 | 0.00 | 266,465.39 |
| Treasury Bill due 9/14/17 - ********0386 | 0.00 | 0.00 | 0.00 |
| | 724,526.43 | 414,093.30 | 266,465.39 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

LFORM24

Case 16-80191   Doc 206   Filed 07/18/19   Entered 07/18/19 11:12:46   Desc Main Document      Page 12 of 12

Ver: 22.02