# UNITED STATES BANKRUPTCY COURT
### EASTERN **DISTRICT OF** OKLAHOMA

In Re: §
§
GAMBLE AND GAMBLE CATTLE § Case No. 16-80191 TRC
COMPANY §
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gerald R. Miller, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 36,700.00          Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 237,110.70          Claims Discharged
                                                                                        Without Payment: 830,878.04

Total Expenses of Administration: 467,415.73

3) Total gross receipts of $ 724,526.43  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 20,000.00  (see **Exhibit 2**), yielded net receipts of $ 704,526.43  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 3,297,361.00 | $ 253,486.36 | $ 11,219.43 | $ 11,219.43 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 467,415.73 | 467,415.73 | 467,415.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,144,275.00 | 2,370,403.86 | 784,494.31 | 225,891.27 |
| **TOTAL DISBURSEMENTS** | $ 5,441,636.00 | $ 3,091,305.95 | $ 1,263,129.47 | $ 704,526.43 |

4) This case was originally filed under chapter 12 on 03/04/2016 , and it was converted to chapter 7 on 06/02/2016 . The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/06/2020                    By:/s/Gerald R. Miller
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 46,329.72 |
| Checking account, First National Bank | 1129-000 | 67,323.83 |
| Crop insurance check | 1129-000 | 40,687.00 |
| 180 cows/calf pairs, 9 bulls, 20 cows | 1129-000 | 177,617.25 |
| Farm machinery and equipment | 1129-000 | 367,922.33 |
| Non-Estate Receipts | 1180-000 | 2,553.80 |
| Farm machinery and equipment | 1180-000 | 20,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 1,742.50 |
| Judgment for Costs Adv. 17-8005 | 1290-000 | 350.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 724,526.43** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Othel H. Gamble, Sr. Trust | Non-Estate Funds Paid to Third Parties | 8500-002 | 20,000.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 20,000.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Farmers Cooperative c/o Ben Curtis 900 N. Broadway St. #3, Poteau, OK 74953 | | 430,000.00 | NA | NA | 0.00 |
| | Pinnacle Agricultural Distribution, Inc. c/o M. Scott Hall 75 N. East Ave, Ste. 402 Fayetteville, AR 72701 | | 1,200,000.00 | NA | NA | 0.00 |
| | Southwest Center Pivots 8152 CR 1060 Hydro, OK 73048 | | 1,361.00 | NA | NA | 0.00 |
| | DEDMON PROPERTIES, LLC | 4210-000 | NA | 4,192.43 | 4,192.43 | 4,192.43 |
| 000005 | DEERE & COMPANY | 4210-000 | NA | 0.00 | 0.00 | 0.00 |
| 000006 | DEERE & COMPANY | 4210-000 | NA | 0.00 | 0.00 | 0.00 |
| 000007 | DEERE & COMPANY | 4210-000 | NA | 0.00 | 0.00 | 0.00 |
| 000001 | FIRST NATIONAL BANK OF FORT SMITH | 4210-000 | 466,000.00 | 57,403.48 | 0.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 4)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LILA HULL REVOCABLE LIVING TRUST | 4210-000 | NA | 7,027.00 | 7,027.00 | 7,027.00 |
| 000004A | PINNACLE AGRICULTURE DISTRIBUTION, | 4220-000 | 1,200,000.00 | 184,863.45 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 3,297,361.00 | $ 253,486.36 | $ 11,219.43 | $ 11,219.43 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:GERALD R. MILLER | 2100-000 | NA | 38,348.63 | 38,348.63 | 38,348.63 |
| TRUSTEE EXPENSES:GERALD R. MILLER | 2200-000 | NA | 194.40 | 194.40 | 194.40 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 130.93 | 130.93 | 130.93 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | 1,100.00 | 1,100.00 | 1,100.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 827.00 | 827.00 | 827.00 |
| BOK Financial | 2600-000 | NA | 9,187.55 | 9,187.55 | 9,187.55 |
| Bank of Kansas City | 2600-000 | NA | 2,668.10 | 2,668.10 | 2,668.10 |
| INTERNAL REVENUE SERVICE | 2810-000 | NA | 1,923.08 | 1,923.08 | 1,923.08 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TREASURY, UNITED STATES | 2810-000 | NA | 701.25 | 701.25 | 701.25 |
| BANKRUPTCY ESTATE OF MICHAEL G. GAM | 2990-000 | NA | 155,896.00 | 155,896.00 | 155,896.00 |
| BANKRUPTCY ESTATE OF OTHEL H. GAMBL | 2990-000 | NA | 156,009.00 | 156,009.00 | 156,009.00 |
| RSW HOLDING, LLC | 2990-000 | NA | 10,741.73 | 10,741.73 | 10,741.73 |
| SEBO, DON | 2990-000 | NA | 22,006.58 | 22,006.58 | 22,006.58 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):MILLER, GERALD | 3110-000 | NA | 11,020.00 | 11,020.00 | 11,020.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):MILLER, GERALD | 3120-000 | NA | 1,300.20 | 1,300.20 | 1,300.20 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):STEVE M. RUTHERFORD | 3410-000 | NA | 6,025.50 | 6,025.50 | 6,025.50 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE FEES:DAKIL AUCTIONEERS | 3610-000 | NA | 22,261.72 | 22,261.72 | 22,261.72 |
| AUCTIONEER/LIQUIDATOR FOR TRUSTEE EXPENSES:DAKIL AUCTIONEERS | 3620-000 | NA | 27,074.06 | 27,074.06 | 27,074.06 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 467,415.73 | $ 467,415.73 | $ 467,415.73 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Agra Tech  PO Box 535 Webbers Falls, OK 74470 | | 7,275.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lila Hull  2502 Dexter St. Arkoma, OK 74901 | | 100,000.00 | NA | NA | 0.00 |
| | PHI Financial Services, Inc. PO Box 660635  Dallas, TX 75266 | | 165,000.00 | NA | NA | 0.00 |
| 000009 | BOOZMAN PROPERTIES LLC | 7100-000 | NA | 19,200.00 | 0.00 | 0.00 |
| 000008 | CARL & SUE WERSCHKY | 7100-000 | NA | 255,778.00 | 0.00 | 0.00 |
| 000003 | FARMERS COOPERATIVE | 7100-000 | 430,000.00 | 683,857.36 | 0.00 | 0.00 |
| 000002 | MONSANTO | 7100-000 | 242,000.00 | 224,843.48 | 224,843.48 | 64,742.57 |
| 000004B | PINNACLE AGRICULTURE DISTRIBUTION, | 7100-000 | 1,200,000.00 | 1,186,725.02 | 559,650.83 | 161,148.70 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 2,144,275.00 | $ 2,370,403.86 | $ 784,494.31 | $ 225,891.27 |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Case No: 16-80191 TRC Judge: Tom R. Cornish

Case Name: GAMBLE AND GAMBLE CATTLE COMPANY

For Period Ending: 01/06/20

Trustee Name: Gerald R. Miller

Date Filed (f) or Converted (c): 06/02/16 (c)

341(a) Meeting Date: 07/20/16

Claims Bar Date: 10/13/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Checking account, First National Bank<br>    Bank offset these funds for their claim. | 132,088.00 | 132,088.00 | | 67,323.83 | FA |
| 2. Crop insurance check | 40,600.00 | 40,600.00 | | 40,687.00 | FA |
| 3. Crops, either planted or harvested (Hay) | 12,000.00 | 0.00 | | 0.00 | FA |
| 4. 1100 acres wheat | Unknown | 0.00 | | 48,883.52 | FA |
| 5. Farm animals - 38 cows w/baby calves | 24,700.00 | 0.00 | | 0.00 | FA |
| 6. 180 cows/calf pairs, 9 bulls, 20 cows | 169,750.00 | 0.00 | | 177,617.25 | FA |
| 7. Farm machinery and equipment | 489,300.00 | 0.00 | | 387,922.33 | FA |
| 8. Judgment for Costs Adv. 17-8005 (u) | 350.00 | 350.00 | | 350.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1,742.50 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $868,788.00 $173,038.00 $724,526.43 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

6/12/19: Hearing on objection to Claim No. 4 (Pinnacle Agriculture) Resolved; agreed order submitted.

5/29/19: Final fiduciary tax returns filed.

2/25/19: Fiduciary tax returns for Y/E 12/31/18 filed.

7/18/18: Non-exempt real property in Othel Gamble case to be sold. Claims in the 3 Gamble cases overlap, and
distribution may be contingent upon the other cases.

3/6/18: Fiduciary tax returns for Y/E 12/31/17 filed.

7/24/17: Debtor and First National Bank of Ft. Smith, a major creditor, are in settlement negotiations which may
resolve the bank's claims in these 3 cases (Gamble & Gamble Cattle, Othel Gamble, and Michael Gamble). Other claims

Case No:        16-80191      TRC    Judge: Tom R. Cornish
Case Name:    GAMBLE AND GAMBLE CATTLE COMPANY

Trustee Name:            Gerald R. Miller
Date Filed (f) or Converted (c):    06/02/16 (c)
341(a) Meeting Date:      07/20/16
Claims Bar Date:          10/13/16

issues may need to be resolved as well.

7/18/17:  Amended returns for Y/E 2016 prepared.  Application for accountant fees filed

3/13/17:  Tax returns for Y/E 2016 filed

2/24/17:  Adv. v. Pinnacle Agriculture filed (Case No. 17-8005) seeking recovery of preference.   Judgment for plaintiff

(estate) granted 4/3/17

9/16/16:  Equipment Auction held

7/21/16:  Auction of cattle is scheduled for 8/9/16. Auction of farm equipment has not yet been scheduled.

Bank may offset funds in bank account for their debt, and has refused trustee's demand to turn over the funds in bank

account.

7/19/16:  2004 examination of debtor conducted

Initial Projected Date of Final Report (TFR): 08/31/17        Current Projected Date of Final Report (TFR): 08/31/19

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 16-80191 -TRC
Case Name: GAMBLE AND GAMBLE CATTLE COMPANY

Taxpayer ID No: *******2342
For Period Ending: 01/06/20

Trustee Name: Gerald R. Miller
Bank Name: BOK Financial
Account Number / CD #: *******3529 Checking Account (Non-Interest Earn

Blanket Bond (per case limit):
Separate Bond (if applicable): $ 225,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/19/16 | 2 | CGB Diversified Services, Inc. | Crop insurance proceeds | 1129-000 | 40,687.00 | | 40,687.00 |
| 07/29/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 18.57 | 40,668.43 |
| 08/15/16 | 6 | Dakil Auctioneers, Inc. | Cattle auction proceeds | 1129-000 | 166,432.50 | | 207,100.93 |
| 08/24/16 | 7 | Margaret Gamble Trust | Sale proceeds irrigation equipment | 1180-000 | 20,000.00 | | 227,100.93 |
| 08/31/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 183.76 | 226,917.17 |
| 09/02/16 | 7 | Doris Sharp Perry | Sale proceeds irrigation equipment | 1129-000 | 10,000.00 | | 236,917.17 |
| 09/02/16 | 7 | Carl and Sue Werschky | Sale proceeds irrigation equipment | 1129-000 | 30,000.00 | | 266,917.17 |
| 09/13/16 | 003001 | Dakil Auctioneers, Inc. 200 N.W. 114th Street Oklahoma City, OK 73114 | Auction fee and expenses per order 9/13/16 (cattle sale) | | | 19,769.77 | 247,147.40 |
| | | | Fees 16,643.25 | 3610-000 | | | |
| | | | Expenses 3,126.52 | 3620-000 | | | |
| 09/19/16 | 6 | Dakil Auctioneers, Inc. | Sale proceeds - cattle | 1129-000 | 11,184.75 | | 258,332.15 |
| 09/30/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 372.50 | 257,959.65 |
| 10/13/16 | 7 | Dakil Auctioneer, Inc. | Auction proceeds - farm equipment | 1129-000 | 313,750.00 | | 571,709.65 |
| 10/14/16 | 003002 | Dakil Auctioneers, Inc. 200 N.W. 114th Street Oklahoma City, OK 73114 | Auctioneer commission on sale of irrigation equipment per order 9/30/16 | 3610-000 | | 4,000.00 | 567,709.65 |
| 10/14/16 | 003003 | Othel H. Gamble, Sr. Trust | Return purchase funds per order 9/30/16 | 8500-002 | | 20,000.00 | 547,709.65 |
| 10/17/16 | 4 | CGB - Van Buren BUREN, CGB - VAN | Proceeds from wheat production Memo Amount: 46,329.72 Proceeds from wheat production Memo Amount: 2,553.80 Non-estate funds owned by Dedmon | 1129-000 1180-000 | 48,883.52 | | 596,593.17 |
| 10/17/16 | 003004 | Dakil Auctioneers, Inc. 200 N.W. 114th Street Oklahoma City, OK 73114 | Auctioneer comm & exp order10/7/16 Second cattle sale | | | 1,264.46 | 595,328.71 |

Page Subtotals 640,937.77 45,609.06

Case No:        16-80191  -TRC

Case Name:   GAMBLE AND GAMBLE CATTLE COMPANY

Taxpayer ID No:   *******2342

For Period Ending:   01/06/20

Trustee Name:         Gerald R. Miller

Bank Name:            BOK Financial

Account Number / CD #:        *******3529  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):

Separate Bond (if applicable):   $   225,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees          1,118.47 | 3610-000 | | | |
| | | | Expenses          145.99 | 3620-000 | | | |
| 10/18/16 | 7 | Dakil Auctioneers, Inc. | Surplus proceeds from secured equip | 1129-000 | 14,172.33 | | 609,501.04 |
| 10/31/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 640.17 | 608,860.87 |
| 11/15/16 | 003005 | Lila Hull Revocable Living Trust 2502 Dexter Street Arkoma, OK 74901 | Distribution of wheat proceeds per order 11/4/16 | 4210-000 | | 7,027.00 | 601,833.87 |
| 11/15/16 | 003006 | Don Sebo P.O. Box 126 Spiro, OK 74959 | Distribution from wheat proceeds per order 11/4/16 | 2990-000 | | 22,006.58 | 579,827.29 |
| 11/15/16 | 003007 | RSW Holding, LLC c/o Fox Wood, III 26998 Fox Wood Lane Spiro, OK 74959 | Disbursement of wheat proceeds per order 11/4/16 | 2990-000 | | 10,741.73 | 569,085.56 |
| 11/15/16 | 003008 | Dedmon Properties, LLC 904 Carman Drive Spiro, OK 74959-2124 | Disbursement of wheat proceeds per order 11/4/16 NOTE:  Includes Dedmon's share of proceeds per lease with debtor in amount of $1,638.63 with remainder of $2,553.80 belonging solely to Dedmon and not estate property.  See Motion to Disburse Funds filed 10/19/16. | 4210-000 | | 4,192.43 | 564,893.13 |
| 11/28/16 | 003009 | Dakil Auctioneers, Inc. 200 N.W. 114th Street Oklahoma City, OK 73114 | Auctioneer fee and expenses per order 12/14/16 (equipment auction) | | | 24,301.55 | 540,591.58 |
| | | | Fees          500.00 | 3610-000 | | | |
| | | | Expenses          23,801.55 | 3620-000 | | | |
| 11/30/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 864.57 | 539,727.01 |
| 12/07/16 | 003010 | International Sureties, Ltd 701 Poydras Street, Suite 420 | Bond premium Bond #016071811 | 2300-000 | | 1,100.00 | 538,627.01 |
| | | | Page Subtotals | | 14,172.33 | 70,874.03 | |

| Case No: | 16-80191  -TRC | | Trustee Name: | Gerald R. Miller |
| Case Name: | GAMBLE AND GAMBLE CATTLE COMPANY | | Bank Name: | BOK Financial |
| | | | Account Number / CD #: | *******3529  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2342 | | | |
| For Period Ending: | 01/06/20 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $   225,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New Orleans, LA 70139 | | | | | |
| 12/19/16 | | Transfer to Acct #*******3716 | Bank Funds Transfer | 9999-000 | | 449,493.75 | 89,133.26 |
| 12/30/16 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 456.73 | 88,676.53 |
| 01/31/17 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 131.80 | 88,544.73 |
| 02/28/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 118.86 | 88,425.87 |
| 03/17/17 | | Transfer from Acct #*******3716 | Bank Funds Transfer | 9999-000 | 450,000.00 | | 538,425.87 |
| 03/20/17 | | Transfer to Acct #*******3892 | Bank Funds Transfer | 9999-000 | | 449,302.50 | 89,123.37 |
| 03/31/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 153.50 | 88,969.87 |
| 04/14/17 | 003011 | Steve M. Rutherford, CPA, PC | Accountant fees per order 3/30/17 | 3410-000 | | 1,638.00 | 87,331.87 |
| | | 5215 East 71st Street, Ste. 400 | | | | | |
| | | Tulsa, OK 74136 | | | | | |
| 04/28/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 127.02 | 87,204.85 |
| 05/08/17 | 8 | Hall Estill Attorneys at Law | Judgment for costs Adv. 17-8005 | 1290-000 | 350.00 | | 87,554.85 |
| 05/10/17 | 003012 | International Sureties, Ltd. | Trustee bond premium #016018043 | 2300-000 | | 130.93 | 87,423.92 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 05/31/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 129.89 | 87,294.03 |
| 06/19/17 | | Transfer from Acct #*******3892 | Bank Funds Transfer | 9999-000 | 450,000.00 | | 537,294.03 |
| 06/22/17 | | Transfer to Acct #*******4068 | Bank Funds Transfer | 9999-000 | | 448,998.75 | 88,295.28 |
| 06/30/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 147.85 | 88,147.43 |
| 07/31/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 131.01 | 88,016.42 |
| 08/08/17 | | Transfer from Acct #*******4068 | Bank Funds Transfer | 9999-000 | 449,537.50 | | 537,553.92 |
| 08/08/17 | 003013 | Bankruptcy Estate of Michael G. Gamble | Transfer of funds per order 8/7/17 | 2990-000 | | 155,896.00 | 381,657.92 |
| | | Case No. 16-80193 | | | | | |
| 08/08/17 | 003014 | Bankruptcy Estate of Othel H. Gamble Jr. | Transfer of funds per order 8/7/17 | 2990-000 | | 156,009.00 | 225,648.92 |
| | | Case No. 16-80194 | | | | | |
| 08/08/17 | 003015 | Steve M. Rutherford, CPA, PC | Accountant fees per order 8/7/17 | 3410-000 | | 1,833.00 | 223,815.92 |
| | | 5215 East 71st Street, Ste. 400 | | | | | |
| | | Tulsa, OK 74136 | | | | | |

Page Subtotals          1,349,887.50          1,664,698.59

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-80191 -TRC | | Trustee Name: | Gerald R. Miller |
|---|---|---|---|---|
| Case Name: | GAMBLE AND GAMBLE CATTLE COMPANY | | Bank Name: | BOK Financial |
| | | | Account Number / CD #: | *******3529 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2342 | | | |
| For Period Ending: | 01/06/20 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 225,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 302.21 | 223,513.71 |
| 09/29/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 321.49 | 223,192.22 |
| 10/31/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 331.73 | 222,860.49 |
| 11/01/17 | 003016 | International Sureties, Ltd. | Trustee bond premium | 2300-000 | | 377.00 | 222,483.49 |
| | | 701 Poydras Street, Suite 420 | Bond #016071811 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 11/30/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 320.11 | 222,163.38 |
| 12/29/17 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 330.20 | 221,833.18 |
| 01/22/18 | 1 | First National Bank of Ft. Smith | Proceeds from bank account | 1129-000 | 67,323.83 | | 289,157.01 |
| 01/31/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 355.04 | 288,801.97 |
| 02/28/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 387.70 | 288,414.27 |
| 03/30/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 428.67 | 287,985.60 |
| 04/03/18 | 003017 | Steve M. Rutherford, CPA, PC | Accountant fees per order 3/22/18 | 3410-000 | | 1,248.00 | 286,737.60 |
| | | 5215 East 71st Street, Ste. 400 | | | | | |
| | | Tulsa, OK 74136 | | | | | |
| 04/19/18 | 003018 | United States Treasury | Form 943  Y/E 12/31/16  73-1062342 | 2810-000 | | 1,923.08 | 284,814.52 |
| | | Internal Revenue Service | | | | | |
| | | P.O. Box 37943 | | | | | |
| | | Hartford, CT 06176-7943 | | | | | |
| 04/30/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 411.99 | 284,402.53 |
| 05/31/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 422.70 | 283,979.83 |
| 06/29/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 408.46 | 283,571.37 |
| 07/02/18 | 003019 | United States Treasury | Penalties & interest Form 943 | 2810-000 | | 701.25 | 282,870.12 |
| | | Internal Revenue Service | Y/E 12/31/16 | | | | |
| | | Ogden, UT 84201-0039 | | | | | |
| 07/31/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 420.59 | 282,449.53 |
| 08/31/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 419.80 | 282,029.73 |
| 09/28/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 405.65 | 281,624.08 |
| 10/12/18 | 003020 | International Sureties, Ltd. | Trustee bond premium | 2300-000 | | 450.00 | 281,174.08 |

| | | | Page Subtotals | | 67,323.83 | 9,965.67 | |

| Case No: | 16-80191 -TRC | | Trustee Name: | Gerald R. Miller |
| Case Name: | GAMBLE AND GAMBLE CATTLE COMPANY | | Bank Name: | BOK Financial |
| | | | Account Number / CD #: | *******3529 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2342 | | | |
| For Period Ending: | 01/06/20 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 225,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 701 Poydras Street, Suite 420 | 11/29/18 - 11/29/19 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 10/31/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 418.25 | 280,755.83 |
| 11/30/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 403.82 | 280,352.01 |
| 12/31/18 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 416.68 | 279,935.33 |
| 01/31/19 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 416.06 | 279,519.27 |
| 02/28/19 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 375.24 | 279,144.03 |
| 03/29/19 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 414.89 | 278,729.14 |
| 04/05/19 | 003021 | Steve M. Rutherford, CPA, PC | Accountant fees per order 3/22/19 | 3410-000 | | 643.50 | 278,085.64 |
| | | 5215 East 71st Street, Ste. 400 | | | | | |
| | | Tulsa, OK 74136 | | | | | |
| 04/29/19 | 003022 | GERALD MILLER | Interim attorney fees and expenses | | | 10,952.11 | 267,133.53 |
| | | 112 N. 7th Street | per order 4/16/19 | | | | |
| | | Muskogee, OK 74401 | | | | | |
| | | | Fees 9,700.00 | 3110-000 | | | |
| | | | Expenses 1,252.11 | 3120-000 | | | |
| 04/30/19 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 399.58 | 266,733.95 |
| 05/21/19 | | BOK Financial | BANK SERVICE FEE | 2600-000 | | 268.56 | 266,465.39 |
| 05/23/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 266,465.39 | 0.00 |

| | | | Page Subtotals | | 0.00 | 281,174.08 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:     16-80191  -TRC

Case Name:     GAMBLE AND GAMBLE CATTLE COMPANY

Taxpayer ID No:     *******2342

For Period Ending:  01/06/20

Trustee Name:     Gerald R. Miller

Bank Name:     BOK Financial

Account Number / CD #:     *******3529  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):

Separate Bond (if applicable):   $  225,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 48,883.52 | COLUMN TOTALS | 2,072,321.43 | 2,072,321.43 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 1,349,537.50 | 1,614,260.39 | |
| | | Subtotal | 722,783.93 | 458,061.04 | |
| Memo Allocation Net: | 48,883.52 | Less:  Payments to Debtors | | 20,000.00 | |
| | | Net | 722,783.93 | 438,061.04 | |

Page Subtotals     0.00     0.00

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Ver: 22.02b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-80191 -TRC | | Trustee Name: | Gerald R. Miller |
| Case Name: | GAMBLE AND GAMBLE CATTLE COMPANY | | Bank Name: | BOK Financial |
| | | | Account Number / CD #: | *******3716 Treasury Bill |
| Taxpayer ID No: | *******2342 | | | |
| For Period Ending: | 01/06/20 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 225,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/19/16 | | Transfer from Acct #*******3529 | Bank Funds Transfer | 9999-000 | 449,493.75 | | 449,493.75 |
| 03/17/17 | INT | BOK Financial | INTEREST EARNED AT MATURITY | 1270-000 | 506.25 | | 450,000.00 |
| 03/17/17 | | Transfer to Acct #*******3529 | Bank Funds Transfer | 9999-000 | | 450,000.00 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | | COLUMN TOTALS | | 450,000.00 | 450,000.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | | Less: Bank Transfers/CD's | | 449,493.75 | 450,000.00 | |
| | | | Subtotal | | 506.25 | 0.00 | |
| Memo Allocation Net: | 0.00 | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 506.25 | 0.00 | |

| | | | |
|---|---|---|---|
| | Page Subtotals | 450,000.00 | 450,000.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 16-80191 -TRC | |
| Case Name: | GAMBLE AND GAMBLE CATTLE COMPANY | |
| | | |
| Taxpayer ID No: | *******2342 | |
| For Period Ending: | 01/06/20 | |

| | |
|---|---|
| Trustee Name: | Gerald R. Miller |
| Bank Name: | BOK Financial |
| Account Number / CD #: | *******3892  Treasury bill due 6/15/17 |
| | |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $  225,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/20/17 | | Transfer from Acct #*******3529 | Bank Funds Transfer | 9999-000 | 449,302.50 | | 449,302.50 |
| 06/19/17 | INT | BOK Financial | INTEREST REC'D FROM BANK | 1270-000 | 697.50 | | 450,000.00 |
| 06/19/17 | | Transfer to Acct #*******3529 | Bank Funds Transfer | 9999-000 | | 450,000.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 450,000.00 | 450,000.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 449,302.50 | 450,000.00 | |
| | | Subtotal | | 697.50 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 697.50 | 0.00 | |

Page Subtotals    450,000.00    450,000.00

LFORM24
UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Ver: 22.02b

| Case No: | 16-80191  -TRC | Trustee Name: | Gerald R. Miller |
| Case Name: | GAMBLE AND GAMBLE CATTLE COMPANY | Bank Name: | BOK Financial |
| | | Account Number / CD #: | *******4068  Treasury Bill due 9/14/17 |
| Taxpayer ID No: | *******2342 | | |
| For Period Ending: | 01/06/20 | | |
| | | Blanket Bond (per case limit): | |
| | | Separate Bond (if applicable): | $   225,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/22/17 | | Transfer from Acct #*******3529 | Bank Funds Transfer | 9999-000 | 448,998.75 | | 448,998.75 |
| 08/08/17 | INT | BOK Financial | INTEREST REC'D FROM BANK | 1270-000 | 538.75 | | 449,537.50 |
| 08/08/17 | | Transfer to Acct #*******3529 | Bank Funds Transfer | 9999-000 | | 449,537.50 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 449,537.50 | 449,537.50 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 448,998.75 | 449,537.50 | |
| | | Subtotal | | 538.75 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 538.75 | 0.00 | |

| | | | |
|---|---|---|---|
| | Page Subtotals | 449,537.50 | 449,537.50 |

| Case No: | 16-80191 -TRC | | Trustee Name: | Gerald R. Miller |
| Case Name: | GAMBLE AND GAMBLE CATTLE COMPANY | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0022 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2342 | | | |
| For Period Ending: | 01/06/20 | | Blanket Bond (per case limit): | |
| | | | Separate Bond (if applicable): | $ 225,000.00 |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 05/23/19 | | Trsf In From BOK Financial | INITIAL WIRE TRANSFER IN | | 9999-000 | 266,465.39 | | 266,465.39 |
| 07/01/19 | 004001 | Steve M. Rutherford, CPA, PC | Accountant fees per order 6/17/19 | | 3410-000 | | 663.00 | 265,802.39 |
| | | 5215 East 71st Street, Ste. 400 | | | | | | |
| | | Tulsa, OK 74136 | | | | | | |
| 10/09/19 | 004002 | Gerald R. Miller | Chapter 7 Compensation/Expense | | | | 38,543.03 | 227,259.36 |
| | | 112 N. 7th Street | | | | | | |
| | | Muskogee, OK 74401 | | | | | | |
| | | | Fees | 38,348.63 | 2100-000 | | | |
| | | | Expenses | 194.40 | 2200-000 | | | |
| 10/09/19 | 004003 | GERALD MILLER | Final Attorney Fee and expenses | | | | 1,368.09 | 225,891.27 |
| | | 112 N. 7th Street | | | | | | |
| | | Muskogee, OK 74401 | | | | | | |
| | | | Fees | 1,320.00 | 3110-000 | | | |
| | | | Expenses | 48.09 | 3120-000 | | | |
| 10/09/19 | 004004 | Monsanto | Claim 000002, Payment 28.79% | | 7100-000 | | 64,742.57 | 161,148.70 |
| | | Attn: Sharon Hernandez B2NB | | | | | | |
| | | 800 N. Lindbergh Blvd | | | | | | |
| | | Saint Louis, MO 63167 | | | | | | |
| 10/09/19 | 004005 | PINNACLE AGRICULTURE DISTRIBUTION, INC. | Claim 000004B, Payment 28.79% | | 7100-000 | | 161,148.70 | 0.00 |
| | | JOHN T. RICHER | | | | | | |
| | | 320 S. BOSTON AVE., SUITE 200 | | | | | | |
| | | TULSA, OK 74103 | | | | | | |

| | | | Page Subtotals | | | 266,465.39 | 266,465.39 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 16-80191 -TRC

Case Name: GAMBLE AND GAMBLE CATTLE COMPANY

Taxpayer ID No: *******2342

For Period Ending: 01/06/20

Trustee Name: Gerald R. Miller

Bank Name: Axos Bank

Account Number / CD #: *******0022 Checking Account (Non-Interest Earn

Blanket Bond (per case limit):

Separate Bond (if applicable): $ 225,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 266,465.39 | 266,465.39 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 266,465.39 | 0.00 | |
| | | | | Subtotal | 0.00 | 266,465.39 | |
| | | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | | | Net | 0.00 | 266,465.39 | |

| | | | | | Page Subtotals | 0.00 | 0.00 | |

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

Ver: 22.02b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 16-80191 -TRC | |
| Case Name: | GAMBLE AND GAMBLE CATTLE COMPANY | |
| | | |
| Taxpayer ID No: | *******2342 | |
| For Period Ending: | 01/06/20 | |

| | |
|---|---|
| Trustee Name: | Gerald R. Miller |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0386  Treasury Bill due 9/14/17 |
| | |
| Blanket Bond (per case limit): | |
| Separate Bond (if applicable): | $    225,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 0.00 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 48,883.52 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 0.00 | Checking Account (Non-Interest Earn - *******3529 | 722,783.93 | 438,061.04 | 0.00 |
| | | Treasury Bill - *******3716 | 506.25 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 48,883.52 | Treasury bill due 6/15/17 - *******3892 | 697.50 | 0.00 | 0.00 |
| | | Treasury Bill due 9/14/17 - *******4068 | 538.75 | 0.00 | 0.00 |
| | | Checking Account (Non-Interest Earn - *******0022 | 0.00 | 266,465.39 | 0.00 |
| | | Treasury Bill due 9/14/17 - *******0386 | 0.00 | 0.00 | 0.00 |
| | | | ----------------------- | ----------------------- | ----------------------- |
| | | | 724,526.43 | 704,526.43 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |